No. 2038, Misc. WHITE *v.* YOUNG, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 1113. CONNELL *v.* HIGGINBOTHAM ET AL. Appeal from D. C. M. D. Fla. Probable jurisdiction noted.

No. 1557. JAMES ET AL. *v.* VALTIERRA ET AL. Appeal from D. C. N. D. Cal. Probable jurisdiction noted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this matter.

No. 1364. TROPIANO *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 1408. JONES ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 1429. JOHNSON ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1432. OKINO, JUDGE, ET AL. *v.* HAWAII NATIONAL BANK, HONOLULU. Sup. Ct. Hawaii. Certiorari denied.

No. 1448. FARRELL, TRUSTEE *v.* MANUFACTURERS HANOVER TRUST CO., TRUSTEE. C. A. 3d Cir. Certiorari denied.